# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALJYROSS SMITH

NO. 2023 KW 1131

**FEBRUARY 16, 2024**

---

In Re:     Aljyross Smith, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 600662.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the Lafourche Parish Clerk of Court reflect that relator has pled guilty and has been sentenced in this felony case.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COU